UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Pascoe,<br><br>    Plaintiff,<br><br>  -against-<br><br>The City of New York; New York City Police Officer Jason Jones; New York City Police Officer Jane and John Does 1 through 10,<br><br>    Defendants | **07 CIV 9413 (PAC)**<br><br>**AFFIDAVIT OF SERVICE** |

  I, Darius Wadia, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

  1. That I am over 18 years of age and am not a party to this action;

  2. That on October 19, 2006, at 5:00 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a Summons and Complaint upon Defendant City of New York, by personally delivering and leaving one true copy of the Summons and Complaint with Madelyn Santana, Docketing Clerk.

Dated: New York, New York
    October 23, 2007

                        Darius Wadia (DW8679)
                         233 Broadway, Suite 2208
                         New York, New York 10279