UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Pascoe,<br><br>        Plaintiff,<br><br>    -against-<br><br>The City of New York; New York City Police Officer Jason Jones; New York City Police Officer Jane and John Does 1 through 10,<br><br>        Defendants | **07 CIV 9413 (PAC)**<br><br>**AFFIDAVIT OF SERVICE** |

    I, Darius Wadia, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

    1.    That I am over 18 years of age and am not a party to this action;

    2.    That on October 19, 2006, at 5:55 p.m., at New York City Police Department Transit District 32, 960 Carroll Street, Brooklyn, New York, I served a Summons and Complaint upon Defendant New York City Police Officer Jason Jones City by personally delivering and leaving one true copy of the Summons and Complaint with New York City Police Department Sergeant Werner, shield number 5241, a supervising officer.

Dated:    New York, New York
             October 23, 2007

 

Darius Wadia (DW8679)
233 Broadway, Suite 2208
New York, New York 10279