AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GEORGE PASCOE

v.

THE CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 9413

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York

I certify that I am admitted to practice in this court.

October 30, 2007
Date

*[signature]*
Signature

Suzette Corinne Rivera          SR 4272
Print Name                      Bar Number

100 Church Street
Address

New York          NY          10007
City              State        Zip Code

(212) 788-9567                 (212) 788-9776
Phone Number                   Fax Number