# DARIUS WADIA
## ATTORNEY AT LAW

DARIUS WADIA, L.L.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2208
NEW YORK, NEW YORK 10279

TELEPHONE: (212) 233-1212
FACSIMILE: (212) 571-9149
dwadia@wadialaw.com

January 15, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**Via Email**
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *George Pascoe v. The City of New York et al.*
            Case number 07 Cv. 9413 (PAC)

Your Honor:

    I represent the Plaintiff in the above-captioned matter in which the initial pretrial conference is scheduled for January 22, 2008 at 2:15 PM. I am writing to respectfully request that this conference be rescheduled for a later date. I am making this request because I am scheduled to be on trial in the case of *People of the State of New York v. Alexander Dzhanahsvili*, Indictment number 06879-2006, pending in the Supreme Court of the State of New York, County of Kings.

    Counsel for the defendant City of New York previously has requested, and received, an enlargement of time to answer the complaint, but no previous request for an adjournment of the initial pretrial conference has been made.

    I have conferred with Assistant Corporation Counsel Suzette Corinne Rivera, the attorney for my adversary, and she consents to this request. We are also able to propose the following three alternate conference dates and times:

    February 19, 2008 after 2:15 PM
    February 20, 2008 after 11:30 AM
    February 21, 2008 after 11:30AM

    Thank you for your consideration of this request. Please do not hesitate to contact me should

**MEMO ENDORSED**

you have any questions.

Respectfully submitted,

Darius Wadia (DW 8679)
Attorney for Plaintiff

Copy (via email):    Suzette Corinne Rivera
                     Assistant Corporation Counsel
                     Attorney for Defendants

Application GRANTED. The conference is adjourned to 2/29/08 at 2:00 pm in Courtroom 20-C

SO ORDERED: JAN 1 6 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE