UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

George Pascoe,

           Plaintiff,

- against -

The City of New York, et al.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1: 07 Civ. 9413 (PAC)

**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Dismissal upon receipt from either party. The Clerk of court is directed to close out this case.

Dated: New York, New York
       March 13, 2008

SO ORDERED

_/s/ Paul A. Crotty_
PAUL A. CROTTY
United States District Judge

---

[1] Counsel for both parties reported that the case settled on March 13, 2008 (see transcript of conference held on 03/13/2008 for complete details).